UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSEPH CASTILLO, <br> an individual, <br><br>     PLAINTIFF, <br> v. <br><br> ISMAIL BROTHERS LLC, <br> a limited liability company, <br><br>     DEFENDANT. | * <br> * <br> * <br> * <br> * <br> *   Case No. 5:23-cv-275 <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff hereby gives notice of the dismissal of the action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 5th day of June, 2023.

                                              Respectfully submitted,

                                    By: */s/ Duncan Strickland*
                                    Counsel for Plaintiff
                                    State Bar No.: 24072374
                                    13423 Blanco Road
                                    San Antonio, TX 78216
                                    Telephone: (210) 504-7874
                                    Facsimile: (832) 218-4317
                                    E-mail: Duncan@StricklandLawFirm.com